Edgar N. FINN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 94.

Circuit Court of Appeals, Second Circuit.

March 2, 1936.

H. Edward Shulman, of New York City (Morris Eisenstein, of Brooklyn, N. Y., of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and John G. Remey, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed on the authority of Metcalf & Eddy v. Mitchell, 269 U.S. 514, 46 S.Ct. 172, 70 L.Ed. 384; Medalie v. Commissioner (C.C.A.) 77 F.(2d) 300; Commissioner v. Modjeski (C.C.A.) 75 F.(2d) 468; Commissioner v. Murphy (C.C.A.) 70 F.(2d) 790.

Howard M. ENGLE and Bessie M. Engle, Appellants, v. UNITED STATES of America, Appellee.

No. 7878.

Circuit Court of Appeals, Ninth Circuit.

Feb. 5, 1936.

Aaron Turner and R. E. Brotherton, both of Oakland, Cal., for appellants.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, John MacC. Hudson, Louise Foster, and Arnold Raum, Sp. Assts. to Atty. Gen., and Henry H. McPike, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for the United States.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

On consideration of the record and briefs, and oral arguments of counsel, ordered judgment of District Court affirmed upon the authority of U. S. A. v. Pettigrew, 81 F.(2d) 666, and O'Rourke v. Com'r, 81 F.(2d) 668, decided January 27, 1936.

Kathryne HAUSER v. REILLY et al.

No. 5595.

Circuit Court of Appeals, Seventh Circuit.

Feb. 13, 1936.

Carey E. Barnes, of Springfield, Ill., for appellant.

Clayton J. Barber and Alton G. Hall, both of Springfield, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

On consideration whereof: It is now here ordered, adjudged and decreed by this court that the decree of the District Court of the United States for the Southern District of Illinois, Southern Division, in this cause be, and the same is hereby, affirmed with costs.